Bradley L. Middleton, OSB #893114
BRADLEY L. MIDDLETON, P.C.
bradley@middletonpc.com
6950 SW Hampton St., Suite 250
Tigard, Oregon 97223
(503) 968-7487
(503) 968-6766 (Fax)
    Of Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| PAUL A. MAINZER and TERESA D. MAINZER,<br><br>    Plaintiffs,<br><br>v.<br><br>CHASE BANK USA, N.A. a corporation, DEUTSCHE BANK NATIONAL TRUST COMPANY, a corporation, and NORTHWEST TRUSTEE SERVICES, INC., a Washington corporation,<br><br>    Defendants. | Case No. 3:10-CV-1449-ST<br><br>LIMITED STIPULATED JUDGMENT OF DISMISSAL OF DEFENDANT NORTHWEST TRUSTEE SERVICES, INC. |

Based upon the stipulation of the parties as evidenced by the signatures of their attorneys hereinbelow and the Court being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED:

1.    Defendant NORTHWEST TRUSTEE SERVICES, INC. is dismissed from the above referenced litigation without prejudice and without an award of fees and costs to any party to the litigation, including without limitation any and all claims alleged in the

First Amended Complaint.

2.  Defendant NORTHWEST TRUSTEE SERVICES, INC. hereby agrees to refrain from selling, transferring, encumbering, or otherwise conveying title to the subject Property while this Action is pending unless permitted by further order from this Court, or by stipulated agreement of the remaining parties to this litigation.

Dated this 27th day of February, 2012.

_____
US District Court Magistrate Janice M. Stewart

Stipulated to by:

BRADLEY L. MIDDLETON, P.C.

/s/ Bradley L. Middleton
Bradley L. Middleton, OSB No. 893114
bradleymiddletonpc@gmail.com
Attorney for Defendants Paul A. Mainzer
and Teresa D. Mainzer

MARTIN BISCHOFF ET AL

/s/ Michael J. Farrell
Michael J. Farrell, OSB No. 902587
Mfarrell@martinbischoff.com
Of Attorneys for Defendants Chase Bank,
USA and Deutsche Bank National Trust
Company

ROUTH CRABTREE OLSEN, P.C.

/s/ John M. Thomas
John M. Thomas, OSB No. 024691
jthomas@rcolegal.com
Of Attorneys for Defendants NWTS